Joseph F. LIVINGSTON et al. v. C. F. MOORE, Individually and as Regional Grazier of the United States for Region 8, et al.

No. 1655.

Circuit Court of Appeals, Tenth Circuit.

Aug. 15, 1938.

Pershing, Nye, Bosworth & Dick, of Denver, Colo., for appellants.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo., for appellees.

Before LEWIS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed with prejudice, on motion of appellants at appellants' costs.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CHERRY COTTON MILLS, Respondent.

No. 8751.

Circuit Court of. Appeals, Fifth Circuit.

Sept. 20, 1938.

For original opinion see 98 F.2d 444.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The petition for rehearing on the order granting the motion of National Labor Relations Board to dismiss in the above numbered and entitled cause is denied.

PERSONAL FINANCE COMPANY v. Earl Clarence CALLEN, Bankrupt.

No. 1712.

Circuit Court of Appeals, Tenth Circuit.

Sept. 20, 1938.

William H. Robinson, Jr., of Denver, Colo., for appellant.

Stevens Park Kinney, of Denver, Colo., for appellee.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant without costs to either party.